456 A.2d 1090

Commonwealth v. Harrison, Appellant.

Submitted February 16, 1982. David Zwanetz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

456 A.2d 1090

Commonwealth v. Kapalka, Appellant.

Submitted May 1, 1981. Duke George, Jr., for appellant; Albert Nichols, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.